MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
TRAVIS WALL (SBN 191662)
twall@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:     415-834-9070

Attorneys for Defendant
FALLS LAKE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GOLDEN OPPORTUNITY INVESTMENTS, LP; AND PAMA MANAGEMENT, INC., <br><br>Plaintiffs,<br><br>vs.<br><br>FALLS LAKE NATIONAL INSURANCE COMPANY and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00511-TLN-KJN<br><br>**DEFENDANT FALLS LAKE NATIONAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**<br><br>[FRCP 7.1]<br><br>Complaint Filed: November 19, 2020 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The undersigned, counsel of record for Defendant Falls Lake National Insurance Company, hereby makes the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Falls Lake National Insurance Company is a wholly owned subsidiary of James River Group, Inc. No publicly traded corporation owns 10% or more of the company.

Dated: March 26, 2021                              HINSHAW & CULBERTSON LLP

                                                By:  */s/ Maria S. Quintero*
                                                    MARIA S. QUINTERO
                                                    TRAVIS WALL
                                                    Attorneys for Defendant
                                                    FALLS LAKE NATIONAL INSURANCE COMPANY