RANDY M. HESS (SBN 88635)
rhess@hbalawgroup.com
PAMELA A. BOWER (SBN 151701)
pbower@hbalawgroup.com
HESS BOWER ADAMS-HESS, PC
2105 S. Bascom Avenue, Suite 200
Campbell, CA 95008
Telephone: (408) 341-0234
Facsimile: (408) 341-0250

Attorneys for Plaintiffs
GOLDEN OPPORTUNITY INVESTMENTS, LP;
PAMA MANAGEMENT, INC.

MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
TRAVIS WALL (SBN 191662)
twall@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
FALLS LAKE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GOLDEN OPPORTUNITY INVESTMENTS, LP; AND PAMA MANAGEMENT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>FALLS LAKE NATIONAL INSURANCE COMPANY and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00511-TLN-KJN<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF**<br><br>Complaint Filed: November 19, 2020 |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION, through their undersigned counsel, as follows:

1. Pursuant to the timelines established by this Court's Initial Pretrial Scheduling Order, adopted by the parties in their Joint Rule 26(f) Discovery Plan, the last date for completion of non-

expert discovery is November 22, 2021.

2. Good cause exists for the extension of the current non-expert discovery cutoff. The parties desire to proceed to voluntary mediation in this matter. They have agreed to mediate before Michael Ornstil, Esq., of JAMS on November 30, 2021. In order to facilitate mediation, the parties wish to direct time and resources toward mediation and agree to extend the time to complete non-expert discovery until after the initial mediation and any followup mediation discussions have concluded.

3. The parties stipulate and agree to extend the non-expert discovery cutoff for a period of approximately 75 days from November 22, 2021 through and including February 7, 2022. (Note that 75 days ends on Saturday, February 5, 2022, so we have extended the deadline out to the following Monday, February 7, 2022.)

4. This stipulated extension would allow the parties to conclude mediation and, if the matter does not resolve, complete outstanding discovery in sufficient time to commence expert discovery within the scheduled deadlines. This extension should not interfere with any other deadlines or hearings currently set. This extension also accounts for the unavailability of counsel and witnesses during the intervening holidays.

5. Based on the foregoing, the parties hereby stipulate to extend the non-expert discovery cutoff from November 22, 2021 through and including February 7, 2022.

IT IS SO STIPULATED.

Dated: November 18, 2021

HESS BOWER ADAMS-HESS, PC

By: */s/ Pamela Bower*
RANDY M. HESS
PAMELA A. BOWER
Attorneys for Plaintiffs
GOLDEN OPPORTUNITY INVESTMENTS, LP and PAMA MANAGEMENT, INC.

Dated: November 18, 2021

HINSHAW & CULBERTSON LLP

By: */s/ Travis Wall*
MARIA S. QUINTERO
TRAVIS WALL
Attorneys for Defendant
FALLS LAKE NATIONAL INSURANCE COMPANY

**ORDER**

The Court having reviewed the foregoing stipulation of the parties, and good cause appearing therefor, hereby orders as follows:

The non-expert discovery cutoff shall be and hereby is extended through and including February 7, 2022.

IT IS SO ORDERED.

Dated: November 18, 2021

Troy L. Nunley
United States District Judge

**FILER'S ATTESTATION**

I, Pamela Bower, am the ECF user whose identification and password are being used to file this STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY CUTOFF. In compliance with Local Rules, I hereby attest that all party signatories hereto concur in this filing.

*/s/ Pamela Bower*
PAMELA BOWER