RANDY M. HESS (SBN 88635)
rhess@hbalawgroup.com
PAMELA A. BOWER (SBN 151701)
pbower@hbalawgroup.com
HESS BOWER ADAMS-HESS, PC
2105 S. Bascom Avenue, Suite 200
Campbell, CA 95008
Telephone:   (408) 341-0234
Facsimile:   (408) 341-0250

Attorneys for Plaintiffs
GOLDEN OPPORTUNITY INVESTMENTS, LP;
PAMA MANAGEMENT, INC.

MARIA S. QUINTERO (SBN 223629)
mquintero@hinshawlaw.com
TRAVIS WALL (SBN 191662)
twall@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
FALLS LAKE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GOLDEN OPPORTUNITY INVESTMENTS, LP; AND PAMA MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> FALLS LAKE NATIONAL INSURANCE COMPANY and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00511-TLN-KJN <br><br> **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** <br><br> Complaint Filed: November 19, 2020 |

Plaintiffs Golden Opportunity Investments, LP and Pama Management, Inc.'s ("Plaintiffs") and Defendant Falls Lake National Insurance Company ("Defendant") (collectively "the Parties"), by and through their counsel of record stipulate to modifying the scheduling order as follows:

Pursuant to deadlines set by the Court, the current case management schedule is as follows:

| DISCOVERY | |
|---|---|
| Expert disclosures | January 24, 2022 |
| Fact Discovery Cutoff | February 8, 2022 |
| Rebuttal expert disclosures | February 23, 2022 |
| Expert Discovery Cutoff | April 22, 2022 |
| **MOTIONS** | |
| Deadline to file Motion for Summary Judgment | May 23, 2022 |
| **TRIAL** | |
| Joint Notice of Trial Readiness | March 24, 2022 |

This schedule is identical to the Court's original schedule, except the Parties stipulated to continue the fact discovery cutoff from November 2021 to the current deadline in February 2022 so that the Parties could participate in mediation. The Court granted that request. *See* ECF No. 11. After an exchange of written discovery and documents, the Parties attended a mediation session on November 30, 2021 but were unable to resolve the dispute.

The Parties have conferred about the additional discovery needed to prepare for trial and stipulate to extend the deadlines by approximately six months. The Parties request the following case management deadlines:

| DISCOVERY | |
|---|---|
| Fact Discovery Cutoff | May 27, 2022 |
| Expert disclosures | July 29, 2022 |
| Rebuttal expert disclosures | August 26, 2022 |
| Expert Discovery Cutoff | October 28, 2022 |
| **MOTIONS** | |
| Deadline to file Motion for Summary Judgment | December 2, 2022 |
| **TRIAL READINESS** | |
| Joint Notice of Trial Readiness | September 30, 2022 |

Good cause exists for this request because the Parties need additional time to complete fact discovery before serving expert disclosures, and, except for one extension of the fact discovery cutoff, this is the Parties' first request to extend case management deadlines. The Parties do not anticipate requesting other extensions.

SO STIPULATED.

Dated:  January 12, 2022                                HESS BOWER ADAMS-HESS, PC


                                                By:  */s/ Pamela A. Bower*
                                                RANDY M. HESS
                                                PAMELA A. BOWER
                                                Attorneys for Plaintiffs
                                                GOLDEN OPPORTUNITY INVESTMENTS,
                                                LP and PAMA MANAGEMENT, INC.

Dated:  January 12, 2022                                HINSHAW & CULBERTSON LLP


                                                By:  */s/ Travis Wall*
                                                MARIA S. QUINTERO
                                                TRAVIS WALL
                                                Attorneys for Defendant
                                                FALLS LAKE NATIONAL INSURANCE
                                                COMPANY

**FILER'S ATTESTATION**

I, Travis Wall, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER. I hereby attest that all party signatories hereto concur in this filing.

*/s/ Travis Wall*
TRAVIS WALL

# **ORDER**

Pursuant to stipulation, and good cause appearing, it is so ordered that the case management deadlines are modified as follows:

| DISCOVERY | | |
|---|---|---|
| | **CURRENT DEADLINE** | **NEW DEADLINE** |
| Fact Discovery Cutoff | February 8, 2022 | May 27, 2022 |
| Expert disclosures | January 24, 2022 | July 29, 2022 |
| Rebuttal expert disclosures | February 23, 2022 | August 26, 2022 |
| Expert Discovery Cutoff | April 22, 2022 | October 28, 2022 |
| **MOTIONS** | | |
| | **CURRENT DEADLINE** | **NEW DEADLINE** |
| Deadline to file Motion for Summary Judgment | May 23, 2022 | November 14, 2023 |
| **TRIAL READINESS** | | |
| | **CURRENT DEADLINE** | **CURRENT DEADLINE** |
| Joint Notice of Trial Readiness | March 24, 2022 | September 16, 2022 |

SO ORDERED.

DATED: January 12, 2022

_____
Troy L. Nunley
United States District Judge